**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-6548**

─────────────

WILLIAM J. CLAYBROOKS,

        Plaintiff - Appellant,

    v.

ROSALYN E. PUGH, Clerk of the Circuit Court,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (8:08-
cv-00624-PJM)

─────────────

Submitted:  August 21, 2008      Decided:  August 26, 2008

─────────────

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William J. Claybrooks, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William J. Claybrooks, a Maryland prisoner, appeals the district court's order dismissing as legally frivolous Claybrooks' 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Claybrooks v. Pugh</u>, No. 8:08-cv-00624-PJM (D. Md., Mar. 18, 2008). Further, we deny Claybrooks' motions for the appointment of counsel and for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>